IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | Case No. 8:13cr319 |
|---|---|---|
| Plaintiff, | ) | **ORDER TO DESTROY** |
| vs. | ) | |
| CHARLES MACMILLAN, | ) | |
| Defendant. | ) | |

Counsel for the defendant notified the court on January 4, 2016 that counsel wishes the following exhibits held by the court in this matter to be destroyed.

<span style="color:blue">Defendant's Exhibits from hearings held 9/25/2013 and 3/27/2014</span>

Pursuant NECivR 79.1(f) or NECrimR 55.1(g), if counsel fails to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the above-listed exhibits 14 days from the date of this order.

IT IS SO ORDERED.

DATED: January 4, 2016

BY THE COURT

s/ Joseph F. Bataillon
United States District Judge