IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>WESLEY CAMERON and<br>CHARLES MACMILLAN,<br><br>           Defendants. | 8:13CR319<br><br>**ORDER** |

This matter comes on before the Court upon the United States' Motion to Dismiss Forfeiture Allegation (Filing No. 148). The Court reviews the record in this case and, being duly advised in the premises, finds the United States' Motion should be sustained.

IT IS THEREFORE ORDERED as follows:

1. The United States' Motion to Dismiss Forfeiture Allegation is hereby sustained.

2. The Forfeiture Allegation of the Indictment is hereby dismissed.

Dated this 16th day of March, 2016.

                                                    BY THE COURT:


                                             s/ Joseph F. Bataillon
                                             Senior United States District Judge